In the Matter of the Application of CITY OF MOUNT VERNON, Respondent, *v.* NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.

*Railroads — municipal corporations — apportionment of expense of constructing overhead crossing.*

*Matter of City of Mt. Vernon* v. *N. Y., N. H. & H. R. R. Co.*, 208 App. Div. 738, affirmed.

(Argued February 24, 1925; decided March 5, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 15, 1924, which modified and affirmed as modified an order of Special Term confirming the report of a referee in a proceeding under section 94 of the Railroad Law to determine the apportionment of the expense of construction of an overhead crossing over the right of way of the defendant railroad in the city of Mount Vernon.

*Isaac N. Mills* and *Charles M. Sheafe, Jr.,* for appellant.

*Hugh M. Hewson* and *Alonzo C. Lowenstein* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, ANDREWS and LEHMAN, JJ.; HISCOCK, Ch. J., not voting; CRANE, J., votes to dismiss appeal; McLAUGHLIN, J., absent.